IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No.  24-16918-KHT<br>Chapter 7 |
| Michelle Deon Lee, | |
| Debtors. | |
| Michelle Deon Lee, | Adv. Proc. No. 25-01247-KHT |
| Plaintiff, | |
| vs. | |
| Trinity Life Insurances, SN Servicing,<br>Scott Toebben, Defendants. | |

**MOTION TO DISMISS**

Scott Toebben, ("Toebben"), through his attorneys, Randall S. Miller & Associates, P.C., moves to dismiss Plaintiff's Complaint as to Toebben, pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure. In support thereof, Toebben states the following:

**CONFERRAL**

Toebben states that no conferral is necessary as the presumption is that Plaintiff will object to any request for dismissal in this case.

**INTRODUCTION**

Michelle Lee ("Lee") filed the above captioned adversary case for claim disallowance and lien removal as to the property located at 15430 Fairway, Commerce City, CO 80022, (the "Property"), against Toebben and other defendants. The adversary seeks claim disallowance and removal of all liens, mortgages and encumbrances recorded against the Property. Toebben is not

1

a creditor and has not filed a claim in the underlying bankruptcy case. Toebben does not own, hold, or control any mortgage, lien, or any other claim against the Property. Toebben's law firm, Randall S. Miller & Associates, P.C. represents a mortgagee and lienholder in Lee's underlying bankruptcy case. Toebbben has not entered an appearance nor filed any pleadings, motions, responses or objections in the underlying bankruptcy case. There is no basis in law or fact for this Court to grant the relief sought by Lee as to Toebben with respect to the Property in this, or any other case that could be presented to this Court.

## ARGUMENT

1. Dismissal is appropriate pursuant to Fed. R. Civ. P. Rule 12(b)(6), and Fed. R. Bankr. P. Rule 7012 when the plaintiff cannot establish any set of facts upon which relief can be granted. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009). *See also Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

2. Lee cannot plead any set of facts which would entitle her to relief against Toebben and specifically the relief sought in this adversary for claim disallowance and lien removal since Toebben does not own, hold, or control any mortgage, lien, or any other claim against the Property.

3. There is no basis in law or fact for this Court to grant the relief sought by Lee as to Toebben with respect to the Property in this, or any other case that could be presented to this Court.

4. There is no doubt that the Adversary lacks any merit as it relates to Toebben.

WHEREFORE, Toebben requests this Court enter an Order dismissing the Adversary

with prejudice and for such other and further relief as the Court deems appropriate.

Respectfully Submitted September 26, 2025.

Randall S. Miller & Associates, P.C.-CO

*/s/ \_\_Aricyn Dall_____*
Aricyn Dall
216 16th Street, Suite 1210
Denver, CO 80202
720-259-6710
720-379-1375 FAX
adall@rsmalaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                                                Case No.  24-16918-KHT
                                                                             Chapter 7

Michelle Deon Lee,

     Debtors.

Michelle Deon Lee,

                                                                    Adv. Proc. No. 25-01247-KHT

     Plaintiff,

vs.

Trinity Life Insurances, SN Servicing,
Scott Toebben, Defendants.

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the Motion to Dismiss Adversary Case as to Toebben and Order Granting Motion to Dismiss Adversary Case as to Toebben to which this certificate is attached, were served on September 26, 2025 addressed to:

Michelle Deon Lee
16480 Fairway Dr
Commerce City, CO 80022

via first class mail, with proper postage affixed thereto.

**RANDALL S. MILLER & ASSOCIATES, P.C.**
/s/ Matthew Grubba
For Attorneys for Movant
The original signed document is on file at the offices of Randall S. Miller & Associates, P.C.